(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Massachusetts (Eastern Division) | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**High Voltage Engineering Corporation** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**See attached Schedule 1** | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**04-2035796** | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**401 Edgewater Place, Suite 680**<br>**Wakefield, MA 01880** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Middlesex** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| [ ] Individual(s) | [ ] Railroad | [ ] Chapter 7  [X] Chapter 11  [ ] Chapter 13 | |
| [X] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | |
| [ ] Other_____ | [ ] Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [ ] Consumer/Non-Business | [X] Business | [X] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors* | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] |

| Estimated Assets* | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

| Estimated Debts* | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

\* On a consolidated basis for the Debtor and its affiliates.

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**High Voltage Engineering Corporation** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See attached Schedule 2** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Attorney**

X _/s/_ _____
Signature of Attorney for Debtor(s)  Douglas B. Rosner, Esq.
**Vivek Melwani, Esq.**  BBO #559963
Printed Name of Attorney for Debtor(s)
**Fried, Frank, Harris,**  Goulston & Storrs, P.C.
**Shriver & Jacobson LLP**
Firm Name
**One New York Plaza**  400 Atlantic Avenue
Address
**New York, NY 10004-1980**  Boston, MA 02110-3333

212-859-8000  617-482-17776
Telephone Number
**March 1, 2004**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Russell Shade_
Signature of Authorized Individual
**Russell L. Shade, Jr.**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual
**March 1, 2004**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

GSDOCS-1333495-1

**Schedule 1 to Voluntary Petition of**
**High Voltage Engineering Corporation**

The Following names have been used by the Debtor in the last 6 years:

High Voltage
High Voltage Engineering
HVEC
HVE
Physical Electronics, Inc
Physical Electronics
PHI
Physical Electronics Singapore PTE LTD
Physical Electronics GmbH
Charles Evans & Associates, Inc.
Charles Evans & Associates
CE&A
Evans PHI
Evans Northeast
Evans Analytical Group
EAG
Maxima Technologies, Inc.
Maxima Technologies
Datcon
Datcon Instrument
Datcon Instrument Company
Maxima Technologies - Barcelona
Maxima Technologies – Lancaster
Industrial Jorda S.L.
Jorda
Maxima Technologies S.L.
Stewart Warner Instrument Corporation
Stewart Warner
Maxima Technologies - Juarez/ El Paso
Instrumentos Stewart Warner deMexico, S.A. DeC.V.
Vivirad - High Voltage Corporation
Vivirad
Vivrad-High Voltage
Anderson Interconnect Inc.
Anderson
Anderson Power
Anderson Power Products
APP
Carbolon Division
Carbolon
General Eastern Instruments
General Eastern
GEI
Natvar Company
Natvar
Natvar Division

MAR01'04 PM 3:52 USB

GSDOCS-1333495-1

## Schedule 2 to Voluntary Petition of
## High Voltage Engineering Corporation

The following affiliates of the Debtor are commencing cases contemporaneously herewith in the United States Bankruptcy Court, District of Massachusetts (Eastern Division):

Ansaldo Ross Hill, Inc.
Carolyn Corporation
Connectrics Acquisition Corporation
High Voltage Funding Corp.
Hivec Holdings, Inc.
HVE Acquisition Corp.
HVEC, Inc.
Nicole Corporation
Robicon Corporation
TTS Mexican Holding Company, Inc.

459573

GSDOCS-1333495-1

# RESOLUTION
## OF THE BOARD OF DIRECTORS
## OF
## HIGH VOLTAGE ENGINEERING CORPORATION

Pursuant to Section 59 of Chapter 156B of the Massachusetts General Laws

February 17, 2004

MAR 01 '04 PM 3:52 USB

      I, Joseph W. McHugh, Jr., the undersigned Clerk High Voltage Engineering Corporation (the "Company," and together with its domestic subsidiaries and affiliates, the "Companies"), do hereby certify that at a meeting of the Board of Directors of the Company duly called and held on the ___ day of February, 2004, the following resolutions were duly adopted and recorded in the minute book of the Company, and that such resolutions have not been modified or rescinded, and remain in full force and effect on the date hereof:

      WHEREAS, as a result of being in default under the Indenture evidencing the 10¾% Senior Notes due 2004 (the "Notes") and the Second Amended and Restated Financing Agreement expiring on March 1, 2004 and the lender (the "Lender") thereunder having declined to extend the maturity date beyond March 1, 2004 on terms acceptable to the Companies, it has been proposed that the Companies file voluntary petitions seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

      WHEREAS, in connection therewith, the Companies and ASIRobicon S.p.A need to obtain financing during the Companies' chapter 11 case, and accordingly, the Companies will be required to enter into certain debtor in possession financing agreements and related documents in order to obtain such financing;

      WHEREAS, in connection with the Companies' restructuring, the Companies have executed a restructuring agreement (the "Restructuring Agreement") dated February 18, 2004 with holders of more than a majority of the outstanding amount of the Notes, providing for, among other things, the restructuring of the Companies' indebtedness to be accomplished pursuant to a chapter 11 plan.

      RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that a voluntary petition be filed by the Company seeking relief under chapter 11 of the Bankruptcy Code; and it is further

      RESOLVED, that provided that any individual duly appointed by the Board of Directors as the President or Vice President of the Company (each, an "Authorized Officer") is hereby authorized and empowered on behalf of, and in the name of, the Company, to execute and deliver the Restructuring Agreement and all other ancillary agreements and related documents in connection therewith; and it is further

RESOLVED, any Authorized Officer is authorized and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code for the Company and to cause the same to be filed with the United States Bankruptcy Court for the Eastern Division of the District of Massachusetts (the "Bankruptcy Court") at such time as the officer executing the same shall determine; and it is further

RESOLVED, that any Authorized Officer, and such other officers as any Authorized Officer shall from time to time designate, be, and they hereby are, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that he may deem necessary or proper in connection with the Company's chapter 11 case, and in that connection to retain and employ all assistance by attorneys, financial advisors, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the chapter 11 case of the Company; and it is further

RESOLVED, that the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, which maintains an office at One New York Plaza, New York, New York 10004, be employed as attorneys for the Company in connection with its chapter 11 case; and it is further

RESOLVED, that the law firm of Goulston & Storrs LLP, which maintains an office at 400 Atlantic Avenue, Boston, Massachusetts 02110, be employed as attorneys for the Company in connection with its chapter 11 case; and it is further

RESOLVED, that the financial advisory firm of Evercore Restructuring L.P., which maintains an office at 65 East 55th Street, New York, New York 10022, be employed as financial advisors for the Company in connection with its chapter 11 case; and it is further

RESOLVED, that the accounting firm of Grant Thornton LLP, which maintains an office at 226 Causeway Street, Boston, Massachusetts 02114, be employed as auditors and accountants for the Company in connection with its chapter 11 case; and it is further

RESOLVED, that any Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to obtain financing during the chapter 11 case and enter into debtor in possession financing agreements and related documents in order to obtain such financing during the chapter 11 case, including any modifications or amendments thereto, and to cause the Company to grant security interests in connection therewith; and it is further

RESOLVED, that any Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute a plan or plans or reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements and amendments, and to cause the same to be filed in the Bankruptcy Court; and it is further

RESOLVED, that any Authorized Officer is authorized, empowered and directed to take all other actions and do all other things additional to the execution and delivery of documents as any Authorized Officer, in his or her discretion, may deem necessary or desirable and in the best interests of the Company in connection with the foregoing resolutions, the taking of any such actions or the doing of any such thing for and on behalf and in the name of the Company to be conclusive evidence that any Authorized Officer did so deem the same to be necessary or desirable and in the best interests of the Company; and it is further

RESOLVED, that any Authorized Officer is authorized, empowered and directed to do all things and to take all actions which such Authorized Officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ day of February, 2004.

        HIGH VOLTAGE ENGINEERING CORPORATION

By: _____
Joseph W. McHugh, Jr
Vice President, Chief Financial Officer and Clerk

459493

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

MAR 01 '04 PM 3:52 USB

In re:　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　Chapter 11
HIGH VOLTAGE ENGINEERING　　　　　　　)　Case No. 04-_____( __ )
CORPORATION,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Debtor.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holder of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| U.S. Bank Corporate Trust Services EX-MA-FED Indenture Trustee One Federal Street, 3rd Floor Boston, MA 02110 | Patrick E. Thebado U.S. Bank Corporate Trust Services EX-MA-FED Indenture Trustee One Federal Street, 3rd Floor Boston, MA 02110 Tel: 617-603-6550 Fax: 617-603-6683  Amanda D. Darwin, Esq. Counsel to Indenture Trustee Nixon Peabody LLP 101 Federal Street Boston, MA 02110 Tel: 617-345-1000 Fax: 617-345-1300 | | | 155,000,000 plus interest* |

---

\*　Secured by pledge of certain intercompany notes and stock in ASIRobicon Ltd. having unknown value. Debtors believe that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

-1-

GSDOCS-1333767-1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| | Don S. DeAmicis, Esq. Counsel to Ad Hoc Bondholder Committee Ropes & Gray, LLP One International Place Boston, MA 02110 Tel: 617-951-7732 Fax: 617-951-7050 | | | |
| Barclays Capital 222 Broadway, 10th Floor New York, NY 10038 | Steve Landzberg Barclays Capital 222 Broadway, 10th Floor New York, NY 10038 Tel: 212-412-4000 Fax: 212-412-1706 | Bonds | | 23,836,941.40* |
| Credit Suisse First Boston Intl. One Cabot Square London, UNITED KINGDOM E14 4QJ | Ethan Garber Credit Suisse First Boston International 11 Madison Ave. 14th Floor New York, NY 10010-3629 Tel: 212-325-1588 Fax: 917-326-7939 | Bonds | | 21,130,940.10* |
| Merrill Lynch Asset Management 800 Scudder Mill Road Plainsboro, NJ 08536 | Phillip Brendel Merrill Lynch Asset Management 800 Scudder Mill Road Plainsboro, NJ 08536 Tel: 609-282-0143 Fax: 609-282-2756 | Bonds | | 15,736,173.17* |
| Morgan Stanley Investment Management 1221 Avenue of the Americas New York, NY 10020 | Jeane Weldern Morgan Stanley Investment Management 1221 Avenue of the Americas New York, NY 10020 Tel: 212-762-4000 Fax: 610-260-7088 | Bonds | | 12,737,165.36* |

\* Secured by pledge of certain intercompany notes and stock in ASIRobicon Ltd. having unknown value. Debtors believe that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

-2-

GSDOCS-1333767-1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RBC Capital Markets Corporation as agent for Royal Bank of Canada<br>RBC Plaza, PO Box 50<br>Toronto, OT CANADA | Stephen Levitan<br>RBC Capital Markets Corporation<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: 212-858-7330<br>Fax: 212-858-7467 | Bonds | | 11,117,011.71* |
| Scotts Cove Capital Management<br>230 Park Avenue<br>New York, NY 10169 | Phillip Schaffer<br>Scotts Cove Capital Management<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-808-2494<br>Fax: 212-808-2495 | Bonds | | 9,496,858.07* |
| Bear Stearns Asset Mgmt. Inc.<br>245 Park Avenue, 5th Floor<br>New York, NY 10167 | Tony D'Martini<br>Bear Stearns Asset Management Inc.<br>245 Park Avenue, 5th Floor<br>New York, NY 10167<br>Tel: 212-272-2000<br>Fax: | Bonds | | 9,445,151.04* |
| Indosuez Capital Asset Advisors<br>1211 Avenue of the Americas<br>New York, NY 10036 | Phillip Geane<br>Indosuez Capital Asset Advisors<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel: 646-658-2200<br>Fax: 646-658-2001 | Bonds | | 8,893,609.37* |
| CNA Financial Company<br>333 South Wabash Avenue<br>Chicago, IL 60685 | Maria Medina<br>CNA Financial Company<br>333 South Wabash Avenue<br>Chicago, IL 60685<br>Tel: 312-822-5000<br>Fax: 312-755-7276 | Bonds | | 6,997,684.89* |
| Nomura Asset Mgmt. U.S.A. Inc.<br>180 Maiden Lane<br>New York, NY 10038 | Eric Shearer<br>Nomura Asset Management U.S.A., Inc.<br>180 Maiden Lane<br>New York, NY 10038<br>Tel: 212-509-2200<br>Fax: 212-425-4906 | Bonds | | 6,118,665.36* |

---

\* Secured by pledge of certain intercompany notes and stock in ASIRobicon Ltd. having unknown value. Debtors believe that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

-3-

| | | | | |
|---|---|---|---|---|
| Fountain Capital Management<br>Four Times Square, 25th Floor<br>Overland Park, KA 66210 | Kevin Birzer<br>Fountain Capital Management<br>Four Times Square, 25th Floor<br>Overland Park, KA 66210<br>Tel: 913-345-2766<br>Fax: 913-345-2763 | Bonds | | 5,567,123.70* |
| LibertyView Capital Management, Inc.<br>111 River Street, 10th Floor<br>Hoboken, NJ 07030 | Alan Mark<br>LibertyView Capital Management, Inc.<br>111 River Street, 10th Floor<br>Hoboken, NJ 07030<br>Tel: 201-216-8600<br>Fax: 201-216-8605 | Bonds | | 4,894,932.29* |
| DLJ CBO Ltd<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017 | Tom Flannery<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017<br>Tel: 212-201-9032<br>Fax: 212-983-4118 | Bonds | | $4,170,000 plus interest* |
| CSAM High Yield Focus CBO Ltd.<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017 | Tom Flannery<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017<br>Tel: 212-201-9032<br>Fax: 212-983-4118 | Bonds | | $3,170,000 plus interest* |
| First Dominion Funding I<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017 | Tom Flannery<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017<br>Tel: 212-201-9032<br>Fax: 212-983-4118 | Bonds | | $3,000,000 plus interest* |

---

\*    Secured by pledge of certain intercompany notes and stock in ASIRobicon Ltd. having unknown value. Debtors believe that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

-4-

| Creditor | Contact | Nature | | Amount |
|---|---|---|---|---|
| First Dominion Funding II<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017 | Tom Flannery<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017<br>Tel: 212-201-9032<br>Fax: 212-983-4118 | Bonds | | $3,000,000 plus interest* |
| BEA CBO 1998-2 Ltd.<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017 | Tom Flannery<br>Credit Suisse Asset Management LLC<br>466 Lexington Avenue, 13th Floor<br>New York, NY 10017<br>Tel: 212-201-9032<br>Fax: 212-983-4118 | Bonds | | $2,362,000 plus interest* |
| CypressTree Investment Mgmt. Co.<br>Management Company<br>1 Washington Mall<br>Boston, MA 02110 | Bill Deven<br>CypressTree Investment Management Company<br>1 Washington Mall<br>Boston, MA 02110<br>Tel: 617-371-9300<br>Fax: 617-371-9362 | Bonds | | 2,223,402.34* |
| Smoky River CDO, L.P.<br>RBC Capital Partners<br>One Liberty Plaza<br>New York, NY 10006 | Sanjai Bhonsle<br>RBC Capital Partners<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: 212-858-8352<br>Fax: 212-858-8383 | Bonds | | 2,000,000 plus interest* |
| Taconic Capital Advisors, LLC as Investment Advisor<br>450 Park Ave., 8th Floor<br>New York, NY 10022 | Jon Jachman<br>Taconic Capital Advisors, LLC<br>450 Park Ave., 8th Floor<br>New York, NY 10022<br>Tel: 212-209-3156<br>Fax: 212-209-3181 | Bonds | | 2,000,000 plus interest* |

I, Joseph W. McHugh, Jr., the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 1, 2004

Name: Joseph W. McHugh, Jr.
Title: Chief Financial Officer

---

\*    Secured by pledge of certain intercompany notes and stock in ASIRobicon Ltd. having unknown value. Debtors believe that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.