# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** High Voltage Engineering Corp.                    **Case Number:**   04-11586 **Ch:**   11

**MOVANT/APPLICANT/PARTIES**

#190 Motion of Premium Assignment Corp for Relief from Stay or in the
alternative for Adequate Protection.
I. Hammel for Premium Assignment Corp.

OUTCOME:

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advise ment:   Brief(s) due_____   From_____

                                Response(s) due_____   From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

*A stipulation was filed and approved.*

IT IS SO NOTED:              IT IS SO ORDERED:

_____            _____ Dated: _____
Courtroom Deputy