# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** High Voltage Engineering Corp.      **Case Number:** 04-11586      **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

Doc# 1236 Motion filed by Interested Party Stephen S. Gray For Order Dismissing Chapter 11 Cases

**OUTCOME:**

#1236 _Granted_ ____Denied ____Approved ____Sustained
____Denied ____Denied without prejudice ____Withdrawn in open court ____Overruled
____OSC enforced/released
____Continued to:_____ For:_____
____Formal order/stipulation to be submitted by:_____ Date due:_____
____Findings and conclusions dictated at close of hearing incorporated by reference
____Taken under advisement: Brief(s) due_____ From_____
                           Response(s) due_____ From_____
____Fees allowed in the amount of: $_____ Expenses of: $_____
____No appearance/response by:_____
x____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

There being good and sufficient notice and an opportunity for a hearing, and there being no objections, the Court grants the Motion and dismisses this Chapter 11 case. The hearing scheduled for May 12, 2010 is canceled.

IT IS SO NOTED:             IT IS SO ORDERED:

_/s/ Joan N. Feeney_

_____      _____ Dated: 04/28/2010
Courtroom Deputy             Joan N. Feeney, U.S. Bankruptcy Judge